1  GREGORY M. FOX, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, CA  94109
   Telephone: 415.353.0999
4  Facsimile: 415.353.0990

5  CAROL A. KORADE, State Bar No. 082133
   CITY ATTORNEY, CITY OF ALAMEDA
6  City Hall
   2263 Santa Clara Avenue, Room 280
7  Alameda, CA 94501
   Telephone: 510.748.4544
8  Facsimile:  510.748.4691

9  Attorneys for Defendants
   CITY OF ALAMEDA and OFFICER PATRICK WYETH
10

**FILED**

SEP - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   STEVEN C. ATKINS,                    )  Case No.  C 03 3566 MHP
15                                       )
              Plaintiff,                 )
16                                       )  **STIPULATION AND [PROPOSED] ORDER**
                                         )  **APPROVING CONTINUANCE OF**
17      vs.                              )  **BRIEFING SCHEDULE FOR CROSS-**
                                         )  **MOTIONS FOR SUMMARY JUDGMENT**
18                                       )  **AND HEARING DATE**
    CITY OF ALAMEDA, OFFICER P. WYETH,   )
19  and DOES  I - X                      )
                                         )
20            Defendants.                )
                                         )
21

22      The parties stipulate and respectfully request the Court order a change in briefing schedule

23  and hearing date for their respective cross-motions for summary judgment.  Good cause exists

24  because of scheduling difficulties during the summer including defense attorney Gregory Fox being

25  out of the country July 1 --8 and then again July 23-August 15, 2005, his client defendant officer

26  Wyeth being off-duty from the Alameda Police Department during mid- July and plaintiff Mr. Atkins

27  preparing to take the California Bar Exam, and his attending commitments.  Additional time is also

28

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                                    1

1  necessary to allow the parties to take the depositions permitted by the Court's scheduling order in

2  September 2005. Therefore, the parties stipulate and request that the Cross Motions due to be filed

3  by August 29, 2005, be continued with a new filing and service date of **October 28, 2005.** The

4  parties further stipulate and request that the respective oppositions briefs previously scheduled to be

5  filed by September 12, 2005, now be filed by **November 11, 2005**, and the parties also stipulate and

6  request that the hearing on both motions that was scheduled to be heard on Monday, September 26,

7

8  2005 at 2:00 p.m. be continued to Monday, **December 5, 2005** at 2:00 p.m. All of these dates are

9  mutually agreeable to the parties as set forth below.

10
                                         STIPULATION
11

12  All parties agree to an extension to file the Cross Motions For Summary Judgment from August 29,

13  2005 to **October 28, 2005,** the parties stipulate and request that the opposition briefs previously

14  scheduled to be filed by September 12, 2005, now be filed by **November 11, 2005**. These parties

15  further stipulate and agree to continue the motions to be heard on Monday, September 26, 2005 at

16  2:00 p.m. to Monday, **December 5, 2005** at 2:00 p.m. or on that date convenient to the Court.

17

18       So stipulated.

19  Dated: August 27 , 2005

20                                         _____/s/_____

21                                         Steven C. Atkins
                                           Plaintiff in Pro Per
22

23  Dated: August 30, 2005

24                                         By:___/s/_____

25                                         GREGORY M. FOX
                                           Attorney for the City of Alameda
26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                                    2

1    *I hereby attest that I have on file all holograph signatures for any signatures indicated by a*

2    *"conformed" signature (/s/) within this E-filed document. Dated: August 30, 2005.*

3

4

5

6    By:\_\_\_\_\_/s/_____

                                       GREGORY M. FOX

7

8

9

10    **[Proposed] ORDER**

11    Having reviewed the Stipulation of these parties, and good cause appearing therefore,

12    IT IS HEREBY ORDERED THAT the Cross Motions due to be filed and served by September 29,

13

14    2005 be continued to **Friday, October 28, 2005,** the opposition briefs to be filed and served

15    November 11, 2005 and the Motions that were scheduled to be heard on Monday September 26, 2005

16    at 2:00 p.m. be heard on **Monday December 5, 2005** at 2:00 p.m.

17    SO ORDERED.

18

19

20    _____                   _____

   DATE                                         MARILYN H. PATEL

21                                              UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28