1  GREGORY M. FOX, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, CA  94109
   Telephone: 415.353.0999
4  Facsimile: 415.353.0990

5  CAROL A. KORADE, State Bar No. 082133
   CITY ATTORNEY, CITY OF ALAMEDA
6  City Hall
   2263 Santa Clara Avenue, Room 280
7  Alameda, CA 94501
   Telephone: 510.748.4544
8  Facsimile:  510.748.4691

9  Attorneys for Defendants
   CITY OF ALAMEDA and OFFICER PATRICK WYETH
10

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   STEVEN C. ATKINS,                ) Case No.  C 03 3566 MHP
15                                  )
              Plaintiff,             )
16                                  ) **STIPULATION AND [PROPOSED] ORDER**
                                    ) **APPROVING CONTINUANCE OF**
17       vs.                         ) **BRIEFING SCHEDULE FOR CROSS-**
                                    ) **MOTIONS FOR SUMMARY JUDGMENT**
18                                  ) **AND HEARING DATE**
    CITY OF ALAMEDA, OFFICER P. WYETH, )
19  and DOES  I -  X                 )
                                    )
20            Defendants.            )
                                    )
21

22       The parties stipulate and respectfully request the Court order a change in the briefing schedule

23 and hearing date for their respective cross-motions for summary judgment.  Good cause exists due to

24 scheduling difficulties regarding Mrs. Sheila Atkins and daughter Stephanie, who have just recently

25 retained counsel, Susan Petro, Esq., 400 Montgomery Street, Suite 810, San Francisco, CA  94104,

26 telephone 415.586.3066.  Mrs. Atkins has asserted her marital privilege not to testify as a witness and

27 Ms. Petro has also objected to Mrs. Atkins testifying.  The parties have agreed to meet and confer

28

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                                                                 1

regarding the scope and applicability of the marital privilege.  Also, we were not able to schedule Officer Wyeth's deposition until 2pm Thursday, November 10, 2005  Therefore, the parties stipulate and request that the Cross Motions due to be filed by October 28, 2005, be continued with a new filing and service date of **December 6, 2005.**  The parties further stipulate and request that the respective oppositions briefs previously scheduled to be filed by November 11, 2005, now be filed by **December 12, 2005**, and the parties also stipulate and request that the hearing on both motions that was scheduled to be heard on Monday, December 5, 2005 at 2:00 p.m. be continued to Monday, **February 6, 2006** at 2:00 p.m.  All of these dates are mutually agreeable to the parties as set forth below.

## STIPULATION

All parties agree to an extension to file the Cross Motions For Summary Judgment  from October 28, 2005 to **December 6, 2005,** the parties stipulate and request that the opposition briefs previously scheduled to be filed by November 11, 2005, now be filed by **December 12, 2005**.  These parties further stipulate and agree to continue the motions to be heard on Monday, December 5, 2005 at 2:00 p.m. to Monday, **February 6, 2005** at 2:00 p.m. or on that date convenient to the Court.

So stipulated.

Dated:  October 20, 2005

/s/
Steven C. Atkins
Plaintiff in Pro Per

Dated: October 20, 2005

By:   /s/
GREGORY M. FOX
Attorney for the City of Alameda

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                        2

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.  Dated: October 20, 2005.*

By:    /s/
GREGORY M. FOX
BERTRAND, FOX & ELLIOT

### [Proposed] ORDER

Having reviewed the Stipulation of these parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Cross Motions due to be filed and served by Friday October 28, 2005 be continued to **December 6, 2005,** the opposition briefs to be filed and served December 12, 2005 and the Motions that were scheduled to be heard on Monday December 5, 2005 at 2:00 p.m. be heard on **Monday, February 6, 2006** at 2:00 p.m.

SO ORDERED.

10/24/2005
DATE

MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*Judge Marilyn H. Patel*

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                                                                 3