GREGORY M. FOX, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

CAROL A. KORADE, State Bar No. 082133
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone: 510.748.4544
Facsimile:  510.748.4691

Attorneys for Defendants
CITY OF ALAMEDA and OFFICER PATRICK WYETH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. ATKINS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF ALAMEDA, OFFICER P. WYETH, and DOES  I -  X<br><br>　　　　　　Defendants. | Case No.  C 03 3566 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND HEARING DATE** |

　　　　The parties stipulate and respectfully request the Court order a change in the briefing schedule and hearing date for their respective cross-motions for summary judgment.  Good cause exists due to scheduling difficulties regarding Mrs. Sheila Atkins and daughter Stephanie Atkins. Both witnesses were represented by Susan Petro, Esq., 400 Montgomery Street, Suite 810, San Francisco, CA 94104, and telephone 415.586.3066.  Mrs. Atkins had asserted her marital privilege not to testify as a witness and Ms. Petro has also objected to Mrs. Atkins testifying.  The parties met and conferred

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]　　　　　　　　　　　　　　　　　　　　　　　　1

regarding the scope and applicability of the marital privilege.  Based on the meet and confer process Mrs. Sheila Atkins has decided to represent herself and has stated she will assert her marital privilege and on that basis objects to giving a deposition.  The parties have agreed to contact the Court with their respective positions for a resolution of this issue.   Ms. Petro continues to represent Stephanie Atkins and has agreed that she will appear to give her deposition as a witness to the incident.  Ms. Petro is unavailable for depositions between December 22 and January 4th and because of scheduling conflicts the depositions may not occur until after January 4, 2006.

The parties have made progress on discovery with defendant Officer Wyeth and plaintiff Stephen Atkins depositions having been completed as well as the deposition of a witness police officer.

Based on the need for more time to complete the depositions of Mrs. Atkins and Ms. Atkins the parties stipulate and request that the Cross Motions due to be filed by December 6, 2005, be continued with a new filing and service date of **January 31, 2006.**  The parties further stipulate and request that the respective oppositions briefs previously scheduled to be filed by December 12, 2005, now be filed by F**ebruary 14, 2006**, and the parties also stipulate and request that the hearing on both motions that was scheduled to be heard on Monday, February 6, 2006 at 2:00 p.m. be continued to Monday, F**ebruary 27, 2006** at 2:00 p.m.  All of these dates are mutually agreeable to the parties as set forth below.

## STIPULATION

All parties agree to an extension to file the Cross Motions For Summary Judgment  from December 6, 2005 to **January  31 2006 ,** the parties stipulate and request that the opposition briefs previously scheduled to be filed by December 12, 2005, now be filed by **February 14, 2006** .  These

parties further stipulate and agree to continue the motions to be heard on Monday, February 6, 2006 at 2:00 p.m. to Monday, **February 27, 2006** at 2:00 p.m. or on that date convenient to the Court.

So stipulated.

Dated:  December 5, 2005

                                                  /s/
                                             Steven C. Atkins
                                             Plaintiff in Pro Per

Dated: December 8, 2005

                                            By:    /s/
                                            GREGORY M. FOX
                                            Attorney for the City of Alameda

*I  hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.  Dated: December 8 , 2005.*

                                            *By:    /s/*
                                            GREGORY M. FOX
                                            BERTRAND, FOX & ELLIOT

### [~~Proposed~~] ORDER

Having reviewed the Stipulation of these parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Cross Motions due to be filed and served by Friday December 6, 2005 be continued to **January 31, 2006,** the opposition briefs to be filed and served December 12, 2006, now be filed and served by **February 14, 2006** and the Motions that were

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]                                                                         3

1  scheduled to be heard on Monday February 6, 2006 at 2:00 p.m. be heard now on Monday**, February**
2  **27, 2006** at 2:00 p.m.
3
      SO ORDERED.
4
5
6  _ January 26, 2006 _____               _____
7  DATE                                   MARILYN H. PATEL
8                                          UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED / Judge Marilyn H. Patel)*

**STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS**
*Atkins v. City of Alameda, et al.* [Case No. C 03 3566 MHP]    4