1 GREGORY M. FOX, State Bar No. 070876
BERTRAND, FOX & ELLIOT
2 The Waterfront Building
2749 Hyde Street
3 San Francisco, CA 94109
Telephone: 415.353.0999
4 Facsimile: 415.353.0990

5 CAROL A. KORADE, State Bar No. 082133
CITY ATTORNEY, CITY OF ALAMEDA
6 City Hall
2263 Santa Clara Avenue, Room 280
7 Alameda, CA 94501
Telephone: 510.748.4544
8 Facsimile: 510.748.4691

9 Attorneys for Defendants
CITY OF ALAMEDA and OFFICER PATRICK WYETH

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13

14 STEVEN C. ATKINS, ) Case No. C 03 3566 MHP
 )
15 Plaintiff, )
 ) STIPULATION AND [PROPOSED] ORDER
16 ) APPROVING CONTINUANCE OF
 ) BRIEFING SCHEDULE FOR CROSS-
17 vs. ) MOTIONS FOR SUMMARY JUDGMENT
 ) AND HEARING DATE
18 )
 CITY OF ALAMEDA, OFFICER P. WYETH, )
19 and DOES I - X )
 )
20 Defendants. )
 )

21

22 The parties stipulate and respectfully request the Court order a change in the briefing schedule

23 and hearing date for their respective cross-motions for summary judgment. Good cause exists due to

24 scheduling difficulties regarding Mrs. Sheila Atkins and daughter Stephanie Atkins. Both witnesses

25 were represented by Susan Petro, Esq., 400 Montgomery Street, Suite 810, San Francisco, CA

26 94104, and telephone 415.586.3066. Mrs. Atkins had asserted her marital privilege not to testify as a

27 witness and Ms. Petro has also objected to Mrs. Atkins testifying. The parties met and conferred

28

STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS (Hearing – May 8, 2006)

1   regarding the scope and applicability of the marital privilege. Based on the meet and confer process
2   Mrs. Sheila Atkins has decided to represent herself and has stated she will assert her marital privilege
3   and on that basis objects to giving a deposition. The Court has directed that Mrs. Atkins' deposition
4   shall proceed before a magistrate judge, and scheduling that deposition will occur in the immediate
5   future. Ms. Petro continues to represent Stephanie Atkins and has agreed that she will appear to give
6   her deposition as a witness to the incident. The parties are currently working on scheduling
7   Stephanie's deposition, which will likely occur during the week of February 6, 2006.
8   
9   The parties have made progress on discovery with defendant Officer Wyeth and plaintiff
10  Stephen Atkins depositions having been completed as well as the deposition of a witness police
11  officer.
12  
13  Based on the need for more time to complete the depositions of Mrs. Atkins and Ms. Atkins
14  the parties stipulate and request that the Cross Motions due to be filed by January 31, 2006, be
15  continued with a new filing and service date of **April 11, 2006.** The parties further stipulate and
16  request that the respective oppositions briefs previously scheduled to be filed by February 14, 2006,
17  now be filed by **April 25, 2006,** and the parties also stipulate and request that the hearing on both
18  motions that was scheduled to be heard on Monday, February 27, 2006 at 2:00 p.m. be continued to
19  Monday, **May 8, 2006** at 2:00 p.m. All of these dates are mutually agreeable to the parties as set
20  forth below.
21  
22  
23                                   STIPULATION
24  All parties agree to an extension to file the Cross Motions For Summary Judgment from
25  January 31, 2006 to **April 11, 2006**, the parties stipulate and request that the opposition briefs
26  previously scheduled to be filed by February 14, 2006, now be filed by **April 25, 2006**. These
27  
28  
STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS (Hearing – May 8, 2006)

1  parties further stipulate and agree to continue the motions to be heard on Monday, February 27, 2006

2  at 2:00 p.m. to Monday, **May 8, 2006** at 2:00 p.m. or on that date convenient to the Court.

3
4  So stipulated.

5  Dated: January 27, 2006

6  _____
   Steven C. Atkins
7  Plaintiff in Pro Per S E

8
9  Dated: January 27, 2006

10 By: _____
   GREGORY M. FOX
11 Attorney for the City of Alameda

12
13
14  *I hereby attest that I have on file all holograph signatures for any signatures indicated by a*
15  *"conformed" signature (/s/) within this E-filed document. Dated: December 8 , 2005.*

16
17
18 By: _____
19 GREGORY M. FOX
20 BERTRAND, FOX & ELLIOT

21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS (Hearing – May 8, 2006)

## [Proposed] ORDER

Having reviewed the Stipulation of these parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Cross Motions due to be filed and served by January 31, 2006 be continued to **April 11, 2006**, the opposition briefs previously scheduled to be filed by February 14, 2006, now be filed by **April 25, 2006** and the motions that were scheduled to be heard on Monday, February 27, 2006 at 2:00 p.m. be heard now on Monday, **May 8, 2006** at 2:00 p.m.

SO ORDERED.

January 31, 2006
DATE

MARILYN H. _____
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED] ORDER APPROVING CONTINUANCE OF MOTIONS (Hearing – May 8, 2006)