UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN ATKINS

    Plaintiff,

    v.

COUNTY OF ALAMEDA, CITY OF ALAMEDA, OFFICER P. WYETH,

    Defendants.
_____/

No. 03-03566 MHP (EDL)

NOTICE OF REFERENCE AND ORDER SETTING DEPOSITION

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth D. Laporte for the purpose of supervising the deposition of plaintiff's wife, Sheila Atkins. The deposition has been set for Monday, April 17, 2006, at 2:30 p.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

No later than April 10, 2006, each party shall file a brief explaining the anticipated basis for the marital privilege and why that party believes the privilege would or would not apply to particular lines of inquiry in this case. Briefs shall be no longer than five pages.

IT IS SO ORDERED.

Dated: March 31, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge